UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br><br>    Allen Kieth Walkowiak<br><br><br><br>    Debtor | Chapter 13<br>Bankruptcy No.24-10288-PMM |

CERTIFICATE OF SERVICE

    I, Kristen Gliem, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtor* filed in the above-referenced case has been served this 1st day of July, 2024, by first class mail upon those listed below:

Allen Kieth Walkowiak
4210 Allen Street
Bethlehem, PA  18020

**Electronically via CM/ECF System Only:**

ZACHARY ZAWARSKI ESQ
3001 EASTON AVENUE
BETHLEHEM, PA  18017

 

                                                */s/ Kristen Gliem*_____
                                                Kristen Gliem
                                                for
                                                Scott F. Waterman, Esquire
                                                Standing Chapter 13 Trustee