UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
READING DIVISION

| In re: | Bankruptcy No. 24-10288-pmm |
|---|---|
| Allen Kieth Walkowiak<br>    Debtor<br><br>**Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-1**<br>    Movant<br><br>v.<br><br>Allen Kieth Walkowiak<br>    Debtor/Respondent<br><br>Kathleen M. Isaac<br>    Co- Debtor<br><br>Scott F. Waterman, Esquire<br>    Trustee/Respondent | Chapter 13<br><br>Hearing Date: August 20, 2024<br>Hearing Time: 10:00A.M.<br>Location: Courtroom 4, United States Bankruptcy Court, 201 Penn Street, Suite 103 Reading, PA 19601. |

## NOTICE OF MOTION FOR RELIEF FROM AUTOMATIC STAY AND CO-DEBTOR STAY, RESPONSE DEADLINE AND HEARING DATE

Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-1 has filed a Motion for Relief from the Automatic Stay pursuant to 11 U.S.C. §362(d)(1); for costs and disbursements of this action, and for such other and further relief as to the Court may deem just and proper.

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult an attorney.)**

1. **If you do not want the court to grant the relief sought in the Motion** or if you want the court to consider your views on the motion, then on or before **August 16, 2024, you or your attorney must filed a response to the Motion**. (*see Instructions on next page*).

    (a) File an answer explaining your position at:
    201 Penn Street, Suite 103
    Reading, PA 19601

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough that it will be received on or before the dates stated above; and

    (b) Mail a copy to the movant's attorney:

        Michelle L. McGowan, Esquire
        13010 Morris Rd., Suite 450
        Alpharetta, GA 30004
        Telephone: 470-321-7112
        Email: mimcgowan@raslg.com

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

3. **A hearing on the Motion** is scheduled to be held before Judge Patricia M. Mayer on **August 20, 2024, at 10:00A.M. in Courtroom 4, United States Bankruptcy Court, 201 Penn Street, Suite 103 Reading, PA 19601.** Unless the court orders otherwise, the hearing on this contested matter will be an **evidentiary hearing.**

4. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's Office in Philadelphia at 215-408-2800 or Reading at 610-208-5040 to find out whether the hearing has been canceled because no one filed a response.

Dated: 8/1/2024

        **Robertson, Anschutz, Schneid, Crane**
        **& Partners, PLLC**
        Attorney for Movant
        13010 Morris Rd., Suite 450
        Alpharetta, GA 30004
        By: /s/ Robert Shearer
        Robert Shearer, Esquire
        PA Bar Number 83745
        Email: rshearer@raslg.com