# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** Allen Kieth Walkowiak, | : | Chapter 13 |
| | : | |
| | : | Case No. 23-10288 PMM |
| | : | |
| **Debtor.** | : | |

## O R D E R

**AND NOW**, upon consideration of the Motion for Relief from Stay ("the Motion") (Doc. # 21), seeking relief pursuant to 11 U.S.C. §362 and the Response thereto (doc. #24);

**AND**, the parties having reported the matter settled with a stipulation memorializing the settlement agreement to be filed with the Court within thirty (30) days ("the Stipulation");

It is hereby **ORDERED** that:

1. On or before **September 30, 2024**, the parties shall either file the Stipulation or file a notice relisting the Motion for hearing.

2. Failure to comply timely with Paragraph 1 above, may result in denial of the Motion without further notice or hearing.

Date:  8/20/24

_Patricia M. Mayer_
PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE