United States Bankruptcy Court

Eastern District of Pennsylvania

| In re: | Case No. 24-10288-pmm |
|---|---|
| Allen Kieth Walkowiak | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0313-4 | User: admin | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Aug 20, 2024 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 22, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Allen Kieth Walkowiak, 4210 Allen Street, Bethlehem, PA 18020-7829 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 22, 2024              Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 20, 2024 at the address(es) listed below:

**Name**                         **Email Address**

DENISE ELIZABETH CARLON
                      on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bkgroup@kmllawgroup.com

ROBERT BRIAN SHEARER
                      on behalf of Creditor Federal Home Loan Mortgage Corporation  as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-1 rshearer@raslg.com

SCOTT F. WATERMAN [Chapter 13]
                      ECFMail@ReadingCh13.com

United States Trustee
                      USTPRegion03.PH.ECF@usdoj.gov

ZACHARY ZAWARSKI
                      on behalf of Debtor Allen Kieth Walkowiak zzawarski@zawarskilaw.com

TOTAL: 5

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re:  Allen Kieth Walkowiak, | : | Chapter 13 |
| | : | |
| | : | Case No. 23-10288  PMM |
| | : | |
| Debtor. | : | |

**O R D E R**

**AND NOW**, upon consideration of the Motion for Relief from Stay ("the Motion") (Doc. # 21), seeking relief pursuant to 11 U.S.C. §362 and the Response thereto (doc. #24);

**AND**, the parties having reported the matter settled with a stipulation memorializing the settlement agreement to be filed with the Court within thirty (30) days ("the Stipulation");

It is hereby **ORDERED** that:

1. On or before **September 30, 2024**, the parties shall either file the Stipulation or file a notice relisting the Motion for hearing.

2. Failure to comply timely with Paragraph 1 above, may result in denial of the Motion without further notice or hearing.

Date:  8/20/24

_/s/ Patricia M. Mayer_
_____
PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE