Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024  
**Chapter 13 Case No. 24-10288-PMM**

**Allen Kieth Walkowiak**  
4210 Allen Street  
Bethlehem  PA    18020

Petition Filed Date: 01/30/2024  
341 Hearing Date: 04/02/2024  
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 03/08/2024 | $2,000.00 | | 04/05/2024 | $2,000.00 | | 05/06/2024 | $2,000.00 | |
| 06/05/2024 | $2,000.00 | | 07/09/2024 | $2,000.00 | | | | |

**Total Receipts for the Period:  $10,000.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $10,000.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | ZACHARY ZAWARSKI ESQ | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | PA DEPARTMENT OF REVENUE<br>»» 001 | Priority Crediors | $984.96 | $0.00 | $0.00 |
| 2 | UNITED STATES TREASURY (IRS)<br>»» 02P | Priority Crediors | $17,593.02 | $0.00 | $0.00 |
| 3 | UNITED STATES TREASURY (IRS)<br>»» 02U | Unsecured Creditors | $15,967.95 | $0.00 | $0.00 |
| 4 | CAPITAL ONE BANK (USA) NA<br>»» 003 | Unsecured Creditors | $3,551.24 | $0.00 | $0.00 |
| 5 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 004 | Unsecured Creditors | $622.26 | $0.00 | $0.00 |
| 6 | LVNV FUNDING LLC<br>»» 005 | Unsecured Creditors | $8,724.62 | $0.00 | $0.00 |
| 7 | PNC BANK NA<br>»» 006 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 8 | AMERICAN INFOSOURCE LP<br>»» 007 | Unsecured Creditors | $69.08 | $0.00 | $0.00 |
| 9 | LVNV FUNDING LLC<br>»» 008 | Unsecured Creditors | $562.32 | $0.00 | $0.00 |
| 10 | SELECT PORTFOLIO SERVICING INC<br>»» 009 | Mortgage Arrears | $65,483.83 | $0.00 | $0.00 |

Chapter 13 Case No. 24-10288-PMM

**SUMMARY**

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $10,000.00 | Current Monthly Payment: | $1,428.58 |
| Paid to Claims: | $0.00 | Arrearages: | ($1,428.58) |
| Paid to Trustee: | $1,000.00 | Total Plan Base: | $100,000.00 |
| Funds on Hand: | $9,000.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.