**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**READING DIVISION**

| | |
|---|---|
| **In re:** | |
| | **Bankruptcy No. 24-10288-pmm** |
| **Allen Kieth Walkowiak** | |
|      **Debtor** | **Chapter 13** |
| **Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-1** | |
|      **Movant** | |
| **v.** | |
| **Allen Kieth Walkowiak** | |
|      **Debtor/Respondent** | |
| **Kathleen M. Isaac** | |
|      **Co- Debtor** | |
| **Scott F. Waterman, Esquire** | |
|      **Trustee/Respondent** | |

## PRAECIPE TO RE-LIST HEARING ON MOTION FOR RELIEF

Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the

Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-1, movant, kindly requests

the Motion for Relief filed on August 1, 2024 at Docket Entry #21 to be rescheduled for a hearing

on October 22, 2024 at 10:00a.m.

Respectfully Submitted:
**Robertson, Anschutz, Schneid, Crane**
**& Partners, PLLC**
Attorney for Movant
13010 Morris Rd., Suite 450
Alpharetta, GA 30004
By: /s/ Robert Shearer
Robert Shearer, Esquire
PA Bar Number 83745
Email: rshearer@raslg.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**READING DIVISION**

| | |
|---|---|
| **In re:** | **Bankruptcy No. 24-10288-pmm** |
| **Allen Kieth Walkowiak** | |
| **Debtor** | **Chapter 13** |
| **Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-1** | |
| **Movant** | |
| **v.** | |
| **Allen Kieth Walkowiak** | |
| **Debtor/Respondent** | |
| **Kathleen M. Isaac** | |
| **Co- Debtor** | |
| **Scott F. Waterman, Esquire** | |
| **Trustee/Respondent** | |

<u>**CERTIFICATE OF SERVICE**</u>

      I, the undersigned, certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 years of age, and that on <u>October 1, 2024</u> I served the foregoing upon the parties in interest in this proceeding, by first class U.S. Mail, postage prepaid or electronic mail, at the following addresses:

Allen Kieth Walkowiak
4210 Allen Street
Bethlehem, PA 1802

Kathleen M. Isaac
4210 Allen Street
Bethlehem, PA 18020

ZACHARY ZAWARSKI
The Law Office of Zachary Zawarski

3001 Easton Avenue
Bethlehem, PA 18017

SCOTT F. WATERMAN [Chapter 13]
Email: ECFMail@ReadingCh13.com

United States Trustee
Office of United States Trustee
Robert N.C. Nix Federal Building
900 Market Street
Suite 320
Philadelphia, PA 19107

Date: <u>10/1/2024</u>

By: <u>/s/ Robert Shearer</u>
Robert Shearer, Esquire