# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re Allen Kieth Walkowiak** | : | Chapter 13 |
| | : | |
| | : | Case No. 24-10288-PMM |
| | : | |
| **Debtor.** | : | |

## O R D E R

**AND NOW**, upon consideration of the Motion for Relief from Stay ("the Motion") (Doc. #21), seeking relief pursuant to 11 U.S.C. §362;

**AND**, the parties having reported the matter settled with a stipulation memorializing the settlement agreement to be filed with the Court within thirty (30) days ("the Stipulation");

It is hereby **ORDERED** that:

1. On or before December 12, 2024, the parties shall either file the Stipulation or file a notice relisting the Motion for hearing.

2. Failure to comply timely with Paragraph 1 above, may result in denial of the Motion without further notice or hearing.

**Date: November 12, 2024**

_____
**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**