# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA
# READING DIVISION

| | |
|---|---|
| In re:<br><br>**Allen Kieth Walkowiak**<br>    Debtor<br><br>**Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-1**<br>    Movant<br><br>v.<br><br>**Allen Kieth Walkowiak**<br>    Debtor/Respondent<br>**Kathleen M. Isaac**<br>    Co- Debtor<br>**Scott F. Waterman, Esquire**<br>    Trustee/Respondent | **Bankruptcy No. 24-10288-pmm**<br><br>**Chapter 13** |

## CERTIFICATE OF NO OBJECTION

The undersigned hereby certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion for Relief from Stay, filed at Docket No. 21 appears thereon. It is hereby respectfully requested that the Order attached to the Movant's Motion for Relief from the Automatic Stay be entered by the Court.

Dated: 12/9/2024

**Robertson, Anschutz, Schneid, Crane & Partners, PLLC**
Attorney for Movant
13010 Morris Rd., Suite 450
Alpharetta, GA 30004
By: /s/ Robert Shearer
Robert Shearer, Esquire
PA Bar Number 83745
Email: rshearer@raslg.com

24-10288-pmm
24-182999
MFR

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**READING DIVISION**

| | |
|---|---|
| In re:<br><br>**Allen Kieth Walkowiak**<br>    Debtor<br><br>**Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-1**<br>    Movant<br><br>v.<br><br>**Allen Kieth Walkowiak**<br>    Debtor/Respondent<br><br>**Kathleen M. Isaac**<br>    Co- Debtor<br><br>**Scott F. Waterman, Esquire**<br>    Trustee/Respondent | **Bankruptcy No. 24-10288-pmm**<br><br>**Chapter 13** |

**CERTIFICATE OF SERVICE OF MOTION OF FEDERAL HOME LOAN MORTGAGE CORPORATION, AS TRUSTEE FOR THE BENEFIT OF THE FREDDIE MAC SEASONED LOANS STRUCTURED TRANSACTION TRUST, SERIES 2019-1 FOR RELIEF FROM THE AUTOMATIC STAY AND NOTICE OF MOTION**

    I, the undersigned, certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 years of age, and that on <u>December 9, 2024</u> I served copies of the Motion for Relief from the Automatic Stay and Notice of Motion upon the parties in interest in this proceeding, by first class U.S. Mail, postage prepaid or electronic mail, at the following addresses:

Allen Kieth Walkowiak
4210 Allen Street
Bethlehem, PA 1802

Bethlehem, PA 18020

Kathleen M. Isaac
4210 Allen Street

ZACHARY ZAWARSKI
The Law Office of Zachary Zawarski
3001 Easton Avenue
Bethlehem, PA 18017

24-10288-pmm
24-182999
MFR

SCOTT F. WATERMAN [Chapter 13]
Chapter 13 Trustee
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

United States Trustee
Office of United States Trustee
Robert N.C. Nix Federal Building
900 Market Street
Suite 320
Philadelphia, PA 19107

Date: 12/9/2024

**Robertson, Anschutz, Schneid, Crane**
**& Partners, PLLC**
Attorney for Movant
13010 Morris Rd., Suite 450
Alpharetta, GA 30004
By: /s/ Robert Shearer
Robert Shearer, Esquire
PA Bar Number 83745
Email: rshearer@raslg.com

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA
## READING DIVISION

| | |
|---|---|
| **In re:**<br><br>**Allen Kieth Walkowiak**<br>    Debtor<br><br>**Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-1**<br>    Movant<br><br>v.<br><br>**Allen Kieth Walkowiak**<br>    Debtor/Respondent<br><br>**Kathleen M. Isaac**<br>    Co- Debtor<br><br>**Scott F. Waterman, Esquire**<br>    Trustee/Respondent | **Bankruptcy No. 24-10288-pmm**<br><br>**Chapter 13** |

### ORDER OF COURT

AND NOW, this          day of          , 2024, upon consideration of Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-1's Motion for Relief from Automatic Stay, pursuant to 11 U.S.C. § 362(d) 11 U.S.C. § 1301, any response thereto and that it is not necessary for an effective reorganization, it is hereby

ORDERED, that the automatic stay provisions of Section 362 of the Bankruptcy Code are hereby unconditionally terminated with respect to Federal Home Loan Mortgage Corporation, as

Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-1; and it is further

ORDERED, that Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-1, its successors and/or assignees be entitled to proceed with appropriate state court remedies against the property located at 4210 Allen Street Bethlehem, PA 18020, including without limitation a sheriff's sale of the property, and it is further

ORDERED that Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-1's request to waive the 14-day stay period pursuant to Fed.R.Bankr.P. 4001(a)(3) is granted.

BY THE COURT

_____
Hon. Judge Patricia M. Mayer
U.S. Bankruptcy Court Judge