# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA
## READING DIVISION

| | |
|---|---|
| **In re:**  <br><br>**Allen Kieth Walkowiak**  <br>    Debtor  <br><br>**Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-1**  <br>    Movant  <br><br>v.  <br><br>**Allen Kieth Walkowiak**  <br>    Debtor/Respondent  <br><br>**Kathleen M. Isaac**  <br>    Co- Debtor  <br><br>**Scott F. Waterman, Esquire**  <br>    Trustee/Respondent | **Bankruptcy No. 24-10288-pmm**  <br><br>**Chapter 13** |

## ORDER OF COURT GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY AND CO-DEBTOR STAY

AND NOW, upon consideration of Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-1's Motion for Relief from Automatic Stay, pursuant to 11 U.S.C. § 362(d) and 11 U.S.C. § 1301, any response thereto and that it is not necessary for an effective reorganization,

it is hereby **ORDERED**, that the automatic stay provisions of Section 362 of the Bankruptcy Code are hereby ~~unconditionally terminated~~ modified with respect to Federal Home Loan Mortgage Corporation, as

24-10288-pmm  
24-182999

Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-1; and it is further

ORDERED, that Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-1, its successors and/or assignees be entitled to proceed with appropriate state court remedies against the property located at 4210 Allen St, Bethlehem, PA 10820, including without limitation a sheriff's sale of the property, and it is further

ORDERED that Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-1's request to waive the 14-day stay period pursuant to Fed.R.Bankr.P. 4001(a)(3) is granted.

BY THE COURT

**Date: December 10, 2024**

*Patricia M. Mayer*
_____
Hon. Patricia M. Mayer
U.S. Bankruptcy Court Judge