## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE:** | : | **Chapter 13** |
| | : | |
| **Allen Kieth Walkowiak,** | : | **Case # 24-10288-PMM** |
| | : | |
| **Debtor** | : | |
| | : | |
| | : | |
| **Kathleen M. Walkowiak,** | : | |
| **a/k/a Kathleen M. Isaac,** | : | |
| **Movant** | : | |
| | : | |
| **VS.** | : | |
| | : | |
| | : | |
| **Allen Kieth Walkowiak,** | : | |
| | : | |
| **Debtor/Respondent** | : | |
| | : | |
| **Scott Waterman, Trustee** | : | |
| | : | |
| **Additional Respondent.** | : | |

---

## ORDER OF COURT GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY
## AND CO-DEBTOR STAY UNDER § 362(d)

**AND NOW**, this 6th___ day of January 2025_, ~~2024~~, upon consideration of Kathleen

M. Walkowiak a/k/a Kathleen M. Isaac's Motion for Relief from Automatic Stay, pursuant to 11

U.S.C. § 362(d) and 11 U.S.C. § 1301, any response thereto and that it is not necessary for an

effective reorganization, it is hereby

**IT IS ORDERED**, that the automatic stay provisions of Section 362 of the Bankruptcy

Code are hereby unconditionally terminated with respect to Kathleen M. Walkowiak a/k/a

Kathleen M. Isaac; and it is further

**ORDERED**, that Kathleen M. Walkowiak a/k/a Kathleen M. Isaac is entitled to proceed

with appropriate state court remedies against the property located at 4210 Allen St, Bethlehem,

PA 10820, including without limitation a sale of the property, and it is further

**ORDERED** that Kathleen M. Walkowiak a/k/a Kathleen M. Isaac's request to waive the

14-day stay period pursuant to Fed.R.Bankr.P. 4001(a)(3) is granted

**BY THE COURT:**

**Date: January 6, 2025**

**PATRICIA M. MAYER**
**UNITED STATES BANKRUPTCY COURT**