United States Bankruptcy Court

Eastern District of Pennsylvania

| In re: | Case No. 24-10288-pmm |
|---|---|
| Allen Kieth Walkowiak | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0313-4 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jan 06, 2025 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 08, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Allen Kieth Walkowiak, 4210 Allen Street, Bethlehem, PA 18020-7829 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 08, 2025           Signature:       /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 6, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| CHARLES LAPUTKA | on behalf of Kathleen Walkowiak claputka@laputkalaw.com jen@laputkalaw.com;jbolles@laputkalaw.com;laputka.charlesb@notify.bestcase.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bkgroup@kmllawgroup.com |
| JAMES RANDOLPH WOOD | on behalf of Creditor Township of Bethlehem  Bethlehem Twp Municipal Authority and City of Bethlehem jwood@portnoffonline.com, jwood@ecf.inforuptcy.com |
| ROBERT BRIAN SHEARER | on behalf of Creditor Federal Home Loan Mortgage Corporation  as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-1 rshearer@raslg.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |

District/off: 0313-4 | User: admin | Page 2 of 2
Date Rcvd: Jan 06, 2025 | Form ID: pdf900 | Total Noticed: 1

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

ZACHARY ZAWARSKI
    on behalf of Debtor Allen Kieth Walkowiak zzawarski@zawarskilaw.com

TOTAL: 7

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| | : | |
| **Allen Kieth Walkowiak,** | : | Case # 24-10288-PMM |
| | : | |
| Debtor | : | |
| | : | |
| **Kathleen M. Walkowiak,** | : | |
| a/k/a Kathleen M. Isaac, | : | |
| Movant | : | |
| | : | |
| VS. | : | |
| | : | |
| **Allen Kieth Walkowiak,** | : | |
| | : | |
| Debtor/Respondent | : | |
| | : | |
| **Scott Waterman, Trustee** | : | |
| | : | |
| Additional Respondent. | : | |

**ORDER OF COURT GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY**
**AND CO-DEBTOR STAY UNDER § 362(d)**

**AND NOW**, this  6th    day of  January 2025 , ~~2024~~, upon consideration of Kathleen M. Walkowiak a/k/a Kathleen M. Isaac's Motion for Relief from Automatic Stay, pursuant to 11 U.S.C. § 362(d) and 11 U.S.C. § 1301, any response thereto and that it is not necessary for an effective reorganization, it is hereby

**IT IS ORDERED**, that the automatic stay provisions of Section 362 of the Bankruptcy Code are hereby unconditionally terminated with respect to Kathleen M. Walkowiak a/k/a Kathleen M. Isaac; and it is further

**ORDERED**, that Kathleen M. Walkowiak a/k/a Kathleen M. Isaac is entitled to proceed with appropriate state court remedies against the property located at 4210 Allen St, Bethlehem,

PA 10820, including without limitation a sale of the property, and it is further

**ORDERED** that Kathleen M. Walkowiak a/k/a Kathleen M. Isaac's request to waive the 14-day stay period pursuant to Fed.R.Bankr.P. 4001(a)(3) is granted

**BY THE COURT:**

*Patricia M. Mayer*

**PATRICIA M. MAYER**
**UNITED STATES BANKRUPTCY COURT**

**Date: January 6, 2025**