REV bL059 3



**pennsylvania**
DEPARTMENT OF REVENUE
HARRISBURG PA  17128-2005

|  |  |
|---|---|
| EASTERN DISTRICT OF PENNSYLVANIA<br>400 WASHINGTON ST<br>READING, PA 19601 | Date Issued: 01/27/2025<br>Letter ID: L0032126204<br>Social Security Number: \*\*\*-\*\*-0768 |

## Notice of Withdrawal

This notice is to inform you of the Pennsylvania Department of Revenue's bankruptcy claim withdrawal of the below case.

| Account Information: | Bankruptcy Case Details: |
|---|---|
| WALKOWIAK, ALLEN K | **Case ID:** 2410288 |
| Social Security Number : \*\*\*-\*\*-0768 | **Type:** Chapter 13 |
|  | **File Date:** 30-Jan-2024 |

| **Why you are receiving this notice** | On **27-Jan-2025** the department sent you a Proof of Claim in the amount of **$1,419.96**. |
|---|---|
| If you have any questions regarding this notice, please contact the department using the information provided.<br><br>Heather Haring<br><br>Phone: (717) 705-3982<br><br>Fax: (717) 783-4331 | Since the filing of our claim, a remittance or additional information has been received satisfying all liabilities on the Proof of Claim. |

| **What you need to do** | Please accept this letter as your authority to withdraw our claim. No further action is required. |
|---|---|