**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**READING DIVISION**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| ALLEN KIETH WALKOWIAK | : | Case No. 24-10288-pmm |
| Debtor | : | |

## CERTIFICATION OF NO RESPONSE OR OBJECTION

I, Zachary Zawarski, Esquire, attorney for Debtor, ALLEN KIETH WALKOWIAK, this 19th day of March, 2025, do hereby certify that no objection or other response to the Notice of Filing of Application for Authority to Appoint and Employ Anthony Delicato and Coldwell Banker Hearthside as Realtor/ Broker ("Notice") has been filed by the parties identified in the Certificate of Service filed with the Application within seven (7) days after the date of service of the Notice. The Debtor and Applicant respectfully request that the Court enter the Order attached to the Application.

Date: March 19, 2025          By:    /s/ Zachary Zawarski
                                     ZACHARY ZAWARSKI, ESQUIRE
                                     3001 Easton Avenue
                                     Bethlehem, PA 18017
                                     Phone: (610) 417-6345
                                     Fax: (610) 465-9790
                                     zzawarski@zawarskilaw.com
                                     Attorney ID No. 308348
                                     Attorney for Debtor