**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
READING DIVISION**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| ALLEN KIETH WALKOWIAK | : | Case No. 24-10288-pmm |
| Debtor | : | |

**ORDER**

Upon consideration of both the foregoing Application of Debtor to Appoint and Employ Anthony Indelicato and Coldwell Banker Hearthside as Realtor/Broker for the Debtor, and the Declaration of Anthony Indelicato in support thereof, and it appearing that Anthony Indelicato and Coldwell Banker Hearthside do not have an interest adverse to the Debtor or Debtor's estate in the matter for which they are to be employed, and that the employment is in the best interest of the estate and the economical administration thereof,

IT IS HEREBY ORDERED that Debtor, Allen Kieth Walkowiak, is authorized to employ Anthony Indelicato and Coldwell Banker Hearthside to act as Real Estate Broker/Realtor to the Debtor for the purposes set forth in the Application with compensation in accordance with the terms listed in the Application, subject to Court approval.

**Date: March 20, 2025**

_____
**PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE**