United States Bankruptcy Court
Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 24-10288-pmm |
| Allen Kieth Walkowiak | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 2 |
| Date Rcvd: Mar 20, 2025 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 22, 2025:**

**Recip ID        Recipient Name and Address**
db              + Allen Kieth Walkowiak, 4210 Allen Street, Bethlehem, PA 18020-7829

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 22, 2025        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 20, 2025 at the address(es) listed below:**

**Name**                **Email Address**

CHARLES LAPUTKA
                        on behalf of Kathleen Walkowiak claputka@laputkalaw.com
                        jen@laputkalaw.com;jbolles@laputkalaw.com;laputka.charlesb@notify.bestcase.com

DENISE ELIZABETH CARLON
                        on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bkgroup@kmllawgroup.com

JAMES RANDOLPH WOOD
                        on behalf of Creditor Township of Bethlehem  Bethlehem Twp Municipal Authority and City of Bethlehem jwood@portnoffonline.com, jwood@ecf.inforuptcy.com

ROBERT BRIAN SHEARER
                        on behalf of Creditor Federal Home Loan Mortgage Corporation  as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-1 rshearer@raslg.com

SCOTT F. WATERMAN [Chapter 13]
                        ECFMail@ReadingCh13.com

| District/off: 0313-4 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Mar 20, 2025 | Form ID: pdf900 | Total Noticed: 1 |

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

ZACHARY ZAWARSKI
    on behalf of Debtor Allen Kieth Walkowiak zzawarski@zawarskilaw.com

ZACHARY ZAWARSKI
    on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] zzawarski@zawarskilaw.com

TOTAL: 8

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**READING DIVISION**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| ALLEN KIETH WALKOWIAK | : | Case No. 24-10288-pmm |
| Debtor | : | |

**ORDER**

Upon consideration of both the foregoing Application of Debtor to Appoint and Employ Anthony Indelicato and Coldwell Banker Hearthside as Realtor/Broker for the Debtor, and the Declaration of Anthony Indelicato in support thereof, and it appearing that Anthony Indelicato and Coldwell Banker Hearthside do not have an interest adverse to the Debtor or Debtor's estate in the matter for which they are to be employed, and that the employment is in the best interest of the estate and the economical administration thereof,

IT IS HEREBY ORDERED that Debtor, Allen Kieth Walkowiak, is authorized to employ Anthony Indelicato and Coldwell Banker Hearthside to act as Real Estate Broker/Realtor to the Debtor for the purposes set forth in the Application with compensation in accordance with the terms listed in the Application, subject to Court approval.

**Date: March 20, 2025**

*Patricia M. Mayer*
_____
**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**