**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**READING DIVISION**

IN RE:                                                                                              CASE NO.: 24-10288-pmm
                                                                                                    **CHAPTER 13**

**Allen Kieth Walkowiak**
    **Debtor,**
_____/

**NOTICE OF WITHDRAWAL**

**PLEASE TAKE NOTICE THAT**, on behalf of **FEDERAL HOME LOAN MORTGAGE CORPORATION, AS TRUSTEE FOR THE BENEFIT OF THE FREDDIE MAC SEASONED LOANS STRUCTURED TRANSACTION TRUST, SERIES 2019-1** ("Secured Creditor"), the undersigned hereby withdraws the following document:

**Limited Response to Motion to Sell Docket No. 70 on April 1, 2025**.

Robertson, Anschutz, Schneid, Crane & Partners, PLLC
Attorney for Secured Creditor
13010 Morris Rd, Suite 450
Alpharetta, GA 30004
Telephone: 470-321-7113
By: /s/Robert Shearer
Robert Shearer, Esq.
PA Bar Number  83745
Email: rshearer@raslg.com

# CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on April 3, 2025, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

**Allen Kieth Walkowiak**
4210 Allen Street
Bethlehem, PA 18020

**ZACHARY ZAWARSKI**
The Law Office of Zachary Zawarski
3001 Easton Avenue
Bethlehem, PA 18017

**SCOTT F. WATERMAN [Chapter 13]**
Chapter 13 Trustee
2901 St. Lawrence Ave. Suite 100
Reading, PA 19606

**United States Trustee**
Robert N.C. Nix Federal Building
900 Market Street Suite 320
Philadelphia, PA 19107

Robertson, Anschutz, Schneid, Crane & Partners, PLLC
Attorney for Secured Creditor
13010 Morris Rd, Suite 450
Alpharetta, GA 30004
Telephone: 470-321-7113
By: /s/Robert Shearer
Robert Shearer, Esq.
PA Bar Number  83745
Email: rshearer@raslg.com