**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**READING DIVISION**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| ALLEN KIETH WALKOWIAK | : | Case No. 24-10288-pmm |
| Debtor | : | |

## ORDER

Upon consideration of Debtor's Motion to Sell Real Property, it is hereby ORDERED that Debtor's Motion is GRANTED. Debtor is granted permission by the court to sell the real property located at 4210 Allen Street, Bethlehem, PA 18020 ("Property"), for a sales price of $471,000.00, pursuant to the terms of a certain real estate agreement of sale dated as of February 25, 2025, to the buyers thereunder, Adel Marzouk and Tahany Mazrouk ("Buyers"), who have been represented to be purchasing the Property at arms-length.

The title clerk shall email a completed HUD-1 or settlement sheet from the closing directly to the trustee immediately upon the close of settlement, and the trustee shall promptly notify the title company of his approval or objections to the sums disbursed. The real estate broker commission of four-and-a-half percent (4.5%) in the amount of $21,195.00 payable to Coldwell Banker Hearthside is approved.

Debtor has claimed an exemption in the Property under 11 U.S.C. 522(b)(3)(B). Concurrently with the filing of this Motion, Debtor filed a Sixth Amended Plan which proposes to fully fund the non-exempt portion of the Property with Debtor's net proceeds from the sale.

After closing and upon trustee approval, after paying all liens in full and all costs of sale, the title clerk shall remit $25,400.00 to Scott F. Waterman, Chapter 13 Trustee, to distribute to creditors pursuant to the terms of Debtor's Chapter 13 Plan.

Pursuant to the Court Order entered on January 22, 2025, in the Northampton County Court of Common Pleas Docket No. C-48-CV-2024-10598, the remaining portion of Debtor's net proceeds from the sale shall be placed into an escrow account with Lopiano-Reilly Law Offices, LLC, serving as escrow agent, pending equitable distribution and further Order of Court or written agreement of the Parties.

The sale is subject to Secured Creditor's lien and that Secured Creditor's lien will be paid in full at the closing based upon an up to date payoff quote. Debtor agrees and confirms that the completion of the sale will occur within 90 days of the entry of the Order approving the Motion or the Order will be deemed moot.

**Date:   April 14, 2025**

*Patricia M. Mayer*
_____
**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**