REV bL059 3


**pennsylvania**
DEPARTMENT OF REVENUE
HARRISBURG PA  17128-2005

|  |  |
|---|---|
| Date Issued | 04/22/2025 |
| Letter ID | L0034360029 |
| Social Security Number | ***-**-0768 |

EASTERN DISTRICT OF PENNSYLVANIA
400 WASHINGTON ST
READING, PA 19601

## Notice of Withdrawal

This notice is to inform you of the Pennsylvania Department of Revenue's bankruptcy claim withdrawal of the below case.

| **Account Information:** | **Bankruptcy Case Details:** |
|---|---|
| WALKOWIAK, ALLEN K | **Case ID:** 2410288 |
| Social Security Number : ***-**-0768 | **Type:** Chapter 13 |
|  | **File Date:** 30-Jan-2024 |

| **Why you are receiving this notice** | On **20-Feb-2025** the department sent you a Proof of Claim in the amount of **$1,419.96**. |
|---|---|
| If you have any questions regarding this notice, please contact the department using the information provided. | Since the filing of our claim, a remittance or additional information has been received satisfying all liabilities on the Proof of Claim. |
| Heather Haring |  |
| Phone: (717) 705-3982 |  |
| Fax: (717) 783-4331 |  |

| **What you need to do** | Please accept this letter as your authority to withdraw our claim. No further action is required. |
|---|---|