United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 24-10288-pmm
Allen Kieth Walkowiak  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4  User: admin  Page 1 of 3
Date Rcvd: Apr 24, 2025  Form ID: 155  Total Noticed: 27

The following symbols are used throughout this certificate:
**Symbol   Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 26, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Allen Kieth Walkowiak, 4210 Allen Street, Bethlehem, PA 18020-7829 |
| 14931293 | + | Bethlehem Twp Municipal Authority, c/o James R. Wood, Esquire, 2700 Horizon Drive Suite 100, King of Prussia, PA 19406-2726 |
| 14931294 | + | City of Bethlehem, c/o James R. Wood, Esquire, 2700 Horizon Drive Suite 100, King of Prussia, PA 19406-2726 |
| 14850499 | + | Kathleen Walkowiak, 4210 Allen Street, Bethlehem, PA 18020-7829 |
| 14859818 | + | PNC Bank National Association, c/o Michael Farrington, KML Law Group, 701 Market Street < Suite 5000, Philadelphia, Pa 19106-1541 |
| 14931292 | + | Township of Bethlehem, c/o James R. Wood, Esquire, 2700 Horizon Drive Suite 100, King of Prussia, PA 19406-2726 |
| 14850505 | + | Zachary Zawarski, Esq., 3001 Easton Avenue, Bethlehem, PA 18017-4207 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14850494 | + | Email/Text: bk@avant.com | Apr 25 2025 00:04:00 | Avant/WebBank, 222 North LaSalle Street, Suite 1600, Chicago, IL 60601-1112 |
| 14850495 | + | Email/PDF: MarletteBKNotifications@resurgent.com | Apr 25 2025 00:12:09 | Best Egg, Attn: Bankrupcty, PO Box 42912, Philadelphia, PA 19101-2912 |
| 14850496 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 25 2025 00:12:18 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14864516 | + | Email/PDF: ebn_ais@aisinfo.com | Apr 25 2025 00:12:24 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14850497 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 25 2025 00:04:00 | Comenity Bank/Sony, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 14872391 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Apr 25 2025 00:04:00 | Federal Home Loan Mortgage Corporation, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 14855863 | + | Email/Text: RASEBN@raslg.com | Apr 25 2025 00:04:00 | Federal Home Loan Mortgage Corporation, C/O Sydney Cauthen, 130 Clinton Rd. # 202, Fairfield, NJ 07004-2927 |
| 14855757 | + | Email/Text: RASEBN@raslg.com | Apr 25 2025 00:04:00 | Federal Home Loan Mortgage Corporation, Robertson, Anschutz, Schneid, & Crane PL, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004-2001 |
| 14850498 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 25 2025 00:04:00 | Internal Revenue Service, Centralized Insolvency Operation, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14864848 | | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 25 2025 00:04:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 14870558 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 25 2025 00:12:26 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14868965 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 25 2025 00:04:00 | PNC Bank, National Association, 3232 Newmark Drive, Miamisburg, OH 45342 |

| Recipient ID | Flag | Notice Method | Date/Time | Address |
|---|---|---|---|---|
| 14850501 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 25 2025 00:04:00 | PNC Mortgage, Attn: Bankruptcy, 8177 Washington Church Rd,, Dayton, OH 45458 |
| 14850500 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 25 2025 00:04:00 | Pennsylvania Department of Revenue, Attn: Bankruptcy Dept, PO Box 280946, Harrisburg, PA 17128-0946 |
| 14851663 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 25 2025 00:04:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14868967 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 25 2025 00:12:03 | Resurgent Capital Services as servicing agent for, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14850502 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Apr 25 2025 00:04:00 | Select Portfolio Servicing, Inc, Attn: Bankruptcy, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 14850503 | ^ | MEBN | Apr 25 2025 00:01:28 | Stern & Eisenberg, P.C., 1581 Main Street, Suite 200, Warrington, PA 18976-3403 |
| 14850504 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 25 2025 00:28:09 | Synchrony/PayPal Credit, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14870181 | + | Email/PDF: ebn_ais@aisinfo.com | Apr 25 2025 00:12:02 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 20

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 26, 2025            Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 24, 2025 at the address(es) listed below:

**Name**  **Email Address**

CHARLES LAPUTKA
on behalf of Kathleen Walkowiak claputka@laputkalaw.com
jen@laputkalaw.com;jbolles@laputkalaw.com;laputka.charlesb@notify.bestcase.com

DENISE ELIZABETH CARLON
on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bkgroup@kmllawgroup.com

JAMES RANDOLPH WOOD
on behalf of Creditor Township of Bethlehem  Bethlehem Twp Municipal Authority and City of Bethlehem jwood@portnoffonline.com, jwood@ecf.inforuptcy.com

ROBERT BRIAN SHEARER
on behalf of Creditor Federal Home Loan Mortgage Corporation  as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-1 rshearer@raslg.com

| District/off: 0313-4 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Apr 24, 2025 | Form ID: 155 | Total Noticed: 27 |

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

ZACHARY ZAWARSKI
    on behalf of Debtor Allen Kieth Walkowiak zzawarski@zawarskilaw.com

ZACHARY ZAWARSKI
    on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] zzawarski@zawarskilaw.com

TOTAL: 8

*Form 155* (2/24)

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:<br>    Allen Kieth Walkowiak<br><br>    Debtor(s). | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 24−10288−pmm<br><br><br>Chapter: 13 |

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

**AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

**A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

**B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

**C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.


Date: April 24, 2025                                                                For The Court

                                                                                    Patricia M. Mayer
                                                                                    Judge, United States Bankruptcy Court