| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2024 to 07/31/2025
### Chapter 13 Case No. 24-10288-PMM

Allen Kieth Walkowiak
4210 Allen Street
Bethlehem  PA    18020

Petition Filed Date: 01/30/2024
341 Hearing Date: 04/02/2024
Confirmation Date: 04/24/2025

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 09/13/2024 | $2,000.00 | | 10/08/2024 | $2,000.00 | | 11/12/2024 | $2,000.00 | |
| 01/07/2025 | $1,990.00 | | 03/05/2025 | $385.00 | | 03/31/2025 | $380.00 | |
| 05/01/2025 | $25,400.00 | 14556  RE sale | 05/02/2025 | $380.00 | | 06/03/2025 | $380.00 | |
| 07/09/2025 | $380.00 | | | | | | | |

**Total Receipts for the Period:  $35,295.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $45,295.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS ||||||
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | ZACHARY ZAWARSKI ESQ | Attorney Fees | $3,238.00 | $3,238.00 | $0.00 |
| 1 | PA DEPARTMENT OF REVENUE »» 001 | Priority Crediors | $1,419.96 | $1,419.96 | $0.00 |
| 2 | UNITED STATES TREASURY (IRS) »» 02P | Priority Crediors | $17,593.02 | $17,593.02 | $0.00 |
| 3 | UNITED STATES TREASURY (IRS) »» 02U | Unsecured Creditors | $15,967.95 | $15,967.95 | $0.00 |
| 4 | CAPITAL ONE BANK (USA) NA »» 003 | Unsecured Creditors | $3,551.24 | $999.64 | $2,551.60 |
| 5 | JEFFERSON CAPITAL SYSTEMS LLC »» 004 | Unsecured Creditors | $622.26 | $175.17 | $447.09 |
| 6 | LVNV FUNDING LLC »» 005 | Unsecured Creditors | $8,724.62 | $2,455.89 | $6,268.73 |
| 7 | PNC BANK NA »» 006 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 8 | AMERICAN INFOSOURCE LP »» 007 | Unsecured Creditors | $69.08 | $15.78 | $53.30 |
| 9 | LVNV FUNDING LLC »» 008 | Unsecured Creditors | $562.32 | $158.29 | $404.03 |
| 10 | SELECT PORTFOLIO SERVICING INC »» 009 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 11 | PA DEPARTMENT OF REVENUE »» 010 | Priority Crediors | $0.00 | $0.00 | $0.00 |
| 12 | PA DEPARTMENT OF REVENUE »» 011 | Priority Crediors | $0.00 | $0.00 | $0.00 |
| 13 | COMENITY BANK/SONY | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 24-10288-PMM**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 7/31/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $45,295.00 | Current Monthly Payment: | $380.00 |
| Paid to Claims: | $42,023.70 | Arrearages: | ($25,400.00) |
| Paid to Trustee: | $3,267.65 | Total Plan Base: | $52,135.00 |
| Funds on Hand: | $3.65 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.