Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN 38101-0680

Allen Kieth Walkowiak
4210 Allen Street
Bethlehem, PA 18020

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE

## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 08/01/2025 to 07/31/2026

**Chapter 13 Case No. 24-10288-PMM**

Petition Filed Date: 01/30/2024
341 Hearing Date: 04/02/2024
Confirmation Date: 04/24/2025

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 09/05/2025 | $380.00 | | 10/03/2025 | $380.00 | | 11/04/2025 | $380.00 | |
| 12/08/2025 | $380.00 | | 07/08/2026 | $380.00 | | 07/30/2026 | $380.00 | |

**Total Receipts for the Period: $2,280.00 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $47,575.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | ZACHARY ZAWARSKI ESQ | Attorney Fees | $3,238.00 | $3,238.00 | $0.00 |
| 1 | PA DEPARTMENT OF REVENUE<br>»» 001 | Priority Crediors | $1,419.96 | $1,419.96 | $0.00 |
| 2 | UNITED STATES TREASURY (IRS)<br>»» 02P | Priority Crediors | $17,593.02 | $17,593.02 | $0.00 |
| 3 | UNITED STATES TREASURY (IRS)<br>»» 02U | Unsecured Creditors | $15,967.95 | $15,967.95 | $0.00 |
| 4 | CAPITAL ONE BANK (USA) NA<br>»» 003 | Unsecured Creditors | $3,551.24 | $1,554.20 | $1,997.04 |
| 5 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 004 | Unsecured Creditors | $622.26 | $272.34 | $349.92 |
| 6 | LVNV FUNDING LLC<br>»» 005 | Unsecured Creditors | $8,724.62 | $3,818.35 | $4,906.27 |
| 7 | PNC BANK NA<br>»» 006 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 8 | AMERICAN INFOSOURCE LP<br>»» 007 | Unsecured Creditors | $69.08 | $15.78 | $53.30 |
| 9 | LVNV FUNDING LLC<br>»» 008 | Unsecured Creditors | $562.32 | $246.11 | $316.21 |
| 10 | SELECT PORTFOLIO SERVICING INC<br>»» 009 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 11 | PA DEPARTMENT OF REVENUE<br>»» 010 | Priority Crediors | $0.00 | $0.00 | $0.00 |
| 12 | PA DEPARTMENT OF REVENUE<br>»» 011 | Priority Crediors | $0.00 | $0.00 | $0.00 |
| 13 | COMENITY BANK/SONY | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 24-10288-PMM**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 7/31/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $47,575.00 | Current Monthly Payment: | $380.00 |
| Paid to Claims: | $44,125.71 | Arrearages: | ($23,120.00) |
| Paid to Trustee: | $3,434.85 | Total Plan Base: | $52,135.00 |
| Funds on Hand: | $14.44 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.**
- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.